IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | *   Civil No. 3:04-CV-2637-H |
| v. | *   Criminal No. 3:02-CR-092-H |
| | * |
| MICHAEL ANTHONY SILLEMON | * |

**O R D E R**

Before the Court are the Findings, Conclusions and Recommendation of the United States Magistrate Judge, filed June 19, 2006; Defendant-Petitioner's Memorandum in Support of Motion to Alter or Amend the Judgment, filed June 29, 2006; and the Government's Response in Opposition, filed August 4, 2006.

The Court has made the required independent review of these pleadings, and of the other pleadings, files, and records in this case; and the Findings and Conclusions of the Magistrate Judge. Having done so, the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are **ADOPTED** as the Findings and Conclusions of the Court, and Petitioner's Motion to Alter or Amend the Judgment is **OVERRULED.**

Judgment will be entered accordingly.

SO ORDERED.

DATED: August 7, 2006


BAREFOOT SANDERS, SENIOR JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS